[No. 46312-8-I. Division One. March 11, 2002.]

*In the Matter of the Sentence of* JAMES DUNNAVAN.

Postsentence petition filed by the Department of Corrections seeking review of a sentencing decision. *Granted in part* and *remanded* by unpublished per curiam opinion.

[No. 47148-1-I. Division One. March 11, 2002.]

QUINN CONSTRUCTION COMPANY, L.L.C., *Appellant*, v. KING COUNTY FIRE PROTECTION DISTRICT No. 26, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 00-2-06083-1, Jay V. White, J., entered April 20 and May 1, 2000. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, A.C.J., and Appelwick, J. Now published at 111 Wn. App. 19.

[No. 47301-8-I. Division One. March 11, 2002.]

MICHAEL J. LOGAN, ET AL., *Respondents*, v. KING COUNTY, *Respondent*, JAMIE NEWMAN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-20233-4, Steven G. Scott, J., entered July 31, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Webster and Kennedy, JJ.

[No. 47483-9-I. Division One. March 11, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES S. GARNETT IV, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 99-1-00636-3, Susan K. Cook, J., entered September 21, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Cox, JJ.